Phillip A. Talbert
United States Attorney
CHAN HEE CHU
JOSEPH D. BARTON
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Oct 10, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LEONEL HERNANDEZ,<br><br>　　　　　　　　Defendant. | CASE NO. 1:24-cr-00248-NODJ-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on October 10, 2024 charging the above defendant with violations of 18 U.S.C. § 1341 – Mail Fraud (8 Counts); 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(C) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto, except when necessary for the

///

issuance and execution of the warrants.

DATED: October 10, 2024          Respectfully submitted,

                                        PHILLIP A, TALBERT
                                        United States Attorney

                          By     */s/ Chan Hee Chu*
                                        CHAN HEE CHU
                                        Assistant U.S. Attorney

                              IT IS SO ORDERED.

Dated:  October 10, 2024          _____
                                     ERICA P. GROSJEAN
                                     U.S. Magistrate Judge