**FILED**
Nov 06, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>              Plaintiff, <br>    v. <br> LEONEL HERNANDEZ, <br>              Defendant. | CASE NO. 1:24-CR-00248-NODJ-BAM <br><br> **UNSEALING ORDER** |

Good cause due to the defendant's pending Initial Appearance on the Indictment in the Eastern District of California, it is hereby ordered that the Indictment and related court filings in the above matter, be UNSEALED.

DATED:   11/6/24

_____
HON. BARBARA A. MCAULIFFE
UNITED STATES MAGISTRATE JUDGE