MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-CR-00248-NODJ-BAM |
| Plaintiff, | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| v. | DATE: January 22, 2025 |
| LEONEL HERNANDEZ, | TIME: 1:00 PM |
| Defendant. | COURT: Hon. Barbara A. McAuliffe |

**JOINT STATUS REPORT**

Defendant Leonel Hernandez ("Defendant") and the United States of America ("United States") stipulate and request that the Status Conference currently scheduled for January 22, 2025 be continued to April 23, 2025.

After making his initial appearance on the indictment, Defendant was ordered released subject to pre-trial conditions. [ECF #8]. The United States has provided initial discovery to defense counsel.

Defense counsel has accessed the discovery but requires at least three more months to review the discovery and consult with his client. Defense counsel believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

Based on the above, the parties agree that the ends of justice served by continuing the case as

1

U.S. v. Hernandez
Case No. 1:24-CR-00248-NODJ-BAM

1  requested outweigh the interest of the public and the defendant in a trial within the original date
2  prescribed by the Speedy Trial Act, and the parties agree that, for the purpose of computing time under
3  the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period
4  January 22, 2025, to April 23, 2025, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and
5  (B)(iv).

## **STIPULATION**

The United States of America, by and through undersigned counsel, and Defendant, by and undersigned counsel, hereby stipulate as follows:

1. The Status Conference currently scheduled on January 22, 2025, at 1:00 p.m., may be continued to April 23, 2025, at 1:00p.m.

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 14, 2025            */s/ Chan Hee Chu*
                                  CHAN HEE CHU
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

Date: January 14, 2025             */s/ John Frederick Garland*
                                  JOHN FREDERICK GARLAND
                                  Attorney for Defendant
                                  LEONEL HERNANDEZ

**O R D E R**

IT IS SO ORDERED. The status currently scheduled for January 22, 2025, at 1:00 p.m. is hereby continued to **April 23, 2025, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2025, to April 23, 2025, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **January 15, 2025**              /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE